IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFFREY SCOTT HOFFMAN,            :
     Petitioner,                :
     v.                         : Case No. 00-cv-159-KRG-KAP
SUPERINTENDENT CONNER BLAINE, Jr.,:
S.C.I. GREENE,                    :
     Respondent                 :

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1) and (3). The Magistrate Judge filed a Report and Recommendation on June 12, 2007, docket no. 28, recommending that the petitioner's most recent Rule 60 motion, docket no. 27, be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed meritless objections, docket no. 29.

Upon de novo review of the record of this matter, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 27th day of June, 2007, it is

ORDERED that petitioner's Motion to Reopen, docket no. 27, is denied. The Report and Recommendation is adopted as the opinion of the Court. If petitioner seeks a certificate of appealability, one is denied for the reasons set forth in docket no. 24.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Jeffrey Scott Hoffman DX-2381
    S.C.I. Greene
    175 Progress Drive
    Waynesburg, PA 15370