IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFFREY SCOTT HOFFMAN,          :
    Petitioner               :
    v.                       : Case No. 00-cv-159-KRG-KAP
                             :
SUPERINTENDENT CONNER BLAINE, Jr. :
S.C.I. GREENE,                  :
    Respondent               :

### Order

Petitioner's motion to vacate the judgment in this matter, ECF no. 37, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on November 26, 2019, ECF no. 39, recommending that the petition be denied.

Petitioner was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. On December 9, 2019, petitioner filed a motion seeking an additional 90 days in which to file his objections, citing his limited allotted law library time. ECF no. 40. Petitioner filed objections on February 5, 2020. ECF no. 41.

AND NOW, this 11th day of February 2020, it is ORDERED that the motion for enlargement of time to file objections, ECF no. 40, is granted. After *de novo* review of the record in this matter, the Report and Recommendation, and the objections

thereto, the objections at ECF no. 41 are meritless. IT IS ORDERED that the motion to vacate judgment, ECF no. 37, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE